UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
June 25, 2026 1:36 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: _AL_ /6.26

Derrek Darnell Atkinson- 00095011

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Kent County Prosecutors office
Detective Nicole McMains, Officer
Ethan Mickey, Officer Brady Brown,
Officer Brian Sulak.

**1:26-cv-1934**

**Hala Y. Jarbou**
**Chief U.S. District Judge**

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
### (Print Clearly)

I. **Previous Lawsuits**
CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A.   Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☑  No ☐

B.   If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1.   Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

The United States District Court for the Western District of Michigan

2.   Is the action still pending?       Yes ☑  No ☐

   a.  If your answer was no, state precisely how the action was resolved: _____

   _____

3.   Did you appeal the decision?    Yes ☐   No ☐

4.   Is the appeal still pending?    Yes ☐   No ☐

   a.  If not pending, what was the decision on appeal? _____

   _____

5.   Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☑

   a.  If so, explain: _____

   _____

- 2 -

(W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A.  Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff __Derrek Darnell Atkinson__

Place of Present Confinement __Kent County Correctional facility__

Address __703 Ball Ave N.E Grand Rapids Mich 49503__

Place of Confinement During Events Described in Complaint__Same__

B.  Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 __The Kent County Prosecutors office__

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

Name of Defendant #2 __Detective Nicole McMains__

Position or Title __Detective__

Place of Employment __Kent County police__

Address_____

Official and/or personal capacity? __State Employee__

Name of Defendant #3 __Ethan Mickey__

Position or Title __Police officer__

Place of Employment __Walker, Mich Police Department__

Address_____

Official and/or personal capacity? __State Employee__

Name of Defendant #4 __Brady Brown__

Position or Title __Police officer__

Place of Employment __Walker, Mich Police Department__

Address_____

Official and/or personal capacity? __State Employee__

Name of Defendant #5 __Brian Sulak__

Position or Title __Police officer__

Place of Employment __Walker, Mich Police Department__

Address_____

Official and/or personal capacity? __State Employee__

- 3 -

(W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

① To begin, I feel that I am already at a disadvantage from the start. But to be represented by the very same office that is prosecuting me, by no means suggests fairness. More like conflict of interest. The only common interest that should exist, is to seek Justice, but their are certainly many undisclosed common interest which constitute the conflict in the union. The violation of my right to counsel is certainly one. A common alignment such as having the same boss is of great disadvantage. Especially when your represented by a low paid public defenders, who for that reason, could care less. Which is why i'm claiming damages.

② Further, the navigation of my case has been instigated and influenced by a party that did not bare witness to any of the acts he claims to have transpired. He, Mr. Belse, took what was, the truth from the only witness and altered it. That altered account was then adopted by all of the defendants I've listed. The witnesses own accounts of what happened contradict all statements given. Detective McMains also took what is my oral statement and totally altered it so that I incriminate myself, which is not the case. The detective, in the police report says that i forced my will onto the witness, but the witness gave statement to the first officer, immediately after

(W.D. Mich. Form – Last Revised: September 2021)

Pg ②

removing herself, freely and willingly from the situation, that she did not recall being forced from her vehicle. She also replicated my account, after entering the vehicle. I immediately, after entering and noticing their was someone their, told her i am not here to harm you in any way whatsoever, i'm just trying to duck the cop. I told her this so she would not think i was their to harm her, rob her or carjack her. Just to hide. She did not scream, yell or panick. She looked at me, said I don't want to be late for work. She was putting on makeup. I never commanded, demanded or even asked her to move the car, but she simply put away her makeup, she watched two police cars pass, started the car and moved. The police say i had a gun, the witnesses relative who transcribed the much altered oral statement that influenced the entire police report says the same. But the witness says she never saw a gun. So, now let me take you to the very beginning. I was at Kohls with the intent to steal, but when I got inside, an employee came over to me as i was picking items. She had her phone out and i noticed she was taking my picture, while encouraging me to continue picking items. she had already called the police and they to were already watching me on the surveillance cameras. She called them because I

Pg ③

resembled a 20 something, Black male sus-pect from 2 days prior, with black facial hair. I'm 59 yrs old, my beard is mostly gray. So after seeing her take my picture, my intent changed. But when I came in contact with the police, I immediately went to a posture of sur-render ( hands up) but officer Brian Sulak, with-out any announcement of his intent to arrest or any reason to feel a threat was immenent or the issue of a lawful command, drew his weapon. It must have been fear and me being intoxicated and awake for 3 days that prompted me to run. (crack). I sincerely thought he would shoot me. Bodycam video and audio will verify that their was not one lawful command given through-out the entire incident in walker. The girl, the witness, never feared she would die un-til she left her car to face the officers with their guns drawn. Officers Brian Sulak and Brady Brown, whom both swear they witnessed the witness being forcefully and violently thrown from her vehicle. But she told officer Mickey that she was not forced from her vehicle, The wit-nesses oral statement gives credibility to my oral statement. More so than to the altered trans-cribed written statement. If at all, she had told me to get out, I would have. I never held her captive. She was free to exit at any time. I just wanted to hide, she wanted to get to work on time, so she attempted to help me

get out of the lot. She became frustrated with the police tactics and decided to get out. She announced that she was getting out, stopped the car and exited. I, still fearing they would shoot me, jumped under the wheel and drove off. This incident was handled incorrectly from the beginning. The police endangered lives for a simple attempted retail fraud, I never left the store, and noticing the employee taking my picture, had no intent to. My only intent was to get out of harms way, not make things worse. Being under duress, after encountering the officers did not induce any intent to carjack.

Sincerely, Derrek D. Matthews

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I hereby claim monitary and punitive damages for the lies and deceit being perpetrated. I suffer from anxiety attacks, depression now. Their lies portray me as a monster, I'm not. That much the witness has made clear. Getting in her car was prompted by deadly circumstance.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

6/12/2026
**Date**

**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(W.D. Mich. Form – Last Revised: September 2021)

NAME: Derrek D. Atkinson
KENT COUNTY CORRECTIONAL FACILITY
703 BALL AVENUE N.E.
GRAND RAPIDS, MI 49503

GRAND RAPIDS MI  493

23 JUN 2026  PM 3  L



★ USA ★ FOREVER ★

The United States District Court
Office of the Clerk
399 Federal Building
110 Michigan St., NW
Grand Rapids, MI
49503

49503-236399

Legal Mail