UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERREK D. ATKINSON,

Plaintiff,

v.

KENT COUNTY PROSECUTOR'S OFFICE,

Defendant.
_______________________________/

Case No. 1:26-cv-1934

Hon. Hala Y. Jarbou

**ORDER**

On July 17, 2026, Magistrate Judge Sally J. Berens issued a report and recommendation that this action be dismissed for failing to state a claim upon which relief may be granted (R&R, ECF No. 8). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on July 31. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 8) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this Order.

Dated: August 18, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE